# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1525
_____

Joan E. Farr

*Plaintiff - Appellant*

v.

Alexandra Grant; Grantlove, LLC; Scott Sims, Attorney; Ziffren Brittenahm LLP; WME IMG Holdings LLC; United States Government; Department of Defense; Department of Justice; Central Intelligence Agency; Federal Bureau of Investigation; Security and/or management members (NU) for actor Keanu Reeves

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: October 7, 2025
Filed: October 10, 2025
[Unpublished]
_____

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Joan Farr appeals the district court's[1] dismissal of her pro se action. Upon careful de novo review, see East v. Minnehaha Cnty., 986 F.3d 816, 820 (8th Cir. 2021) (standard of review), we find no error in the district court's dismissal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.